USDC IN/ND case 3:23-cv-00273-DRL-MGG   document 2   filed 04/06/23   page 1 of 8

FILED
04/06/2023 PUT
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
Chanda J. Berta, Acting Clerk

# COMPLAINT FORM

(for filers who are prisoners without lawyers)

(revised 4/19/2022)

IN THE UNITED STATES DISTRICT COURT

FOR THE _Northern_ DISTRICT OF _Indiana_

(Full name of plaintiff(s))

_Montell J Jones_

v.

(Full name of defendant(s))

_John Wiese_

_David Gladieux_

_Allen County Jail_

Case Number:

3:23-cv-273

(to be supplied by clerk of court)

A.  PARTIES

1.  Plaintiff is a citizen of _Indiana_, and is located at
    (State)

    _1946 W US 40, Greencastle, IN 46135_
    (Address of prison or jail)

    (If more than one plaintiff is filing, use another piece of paper).

2.  Defendant _John Wiese_
    (Name)

Jones vs Wiese

## Defendants

- Allen County Jail
  417 S Calhoun St, Fort Wayne, IN 46802

- David Gladieux
  417 S Calhoun St, Fort Wayne, IN 46802

is (if a person or private corporation) a citizen of _____
(State, if known)

and (if a person) resides at _____
(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for Allen County Jail, 417 S Calhoun St, Fort Wayne, IN 46802
(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.  STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

June 9, 2022 while I was a pretrial Detainee at Allen County Jail I was L-Block the got Moved to 6F. I just got off the Phone with my Mother and pregnant fiancee to inform them I had Moved blocks. Later that day around 3pm, I tried to called my fiancee to check up on her and to see if she heard anything from my attorney. My fiancee and Mother who get in contact with my attorney for me. But when I called her her Number was blocked. So I called My Mother to tell My fiancee Allen County Jail blocked her Number. So I wrote a Request form to GTL on the tablet (Request #183271591) I asked why was

fiancee was block and I was just talking to her Earlier today. So I was inform by CO Alexander that John Wiese is who handle the GTL tablets and Phone in the Allen County Jail. John Wiese wrote me back on the tablet from Request form (#183271592), the next day saying he was blocking my Phone Pin for 30 days for "using other inmate Pin" I was trying to explain to him that I never used another inmate Pin, but I had an inmate next to my cell to called my fiancee couple days before I moved block to put money on my Phone. The inmate who called for me was using someone else Pin Number and I was trying to explain to John Wiese multiple time that I didn't know he was doing that, and to ask him to unblock my because my fiancee and my mother both get ahold of my attorney for me, also that was how I can get ahold of my son, and I vent to them about my mental issues. I have severe depression and anxitey, only thing that help me cope with that is talking to my family about my Problems and issues. I tried to go through the grievance Process about the issue, but John wiese

Complaint - 3

Jones vs Wiese

B.    Statement of Claim

also control the grievance process for Allen County Jail. So everytime I would write a grievance about phone issuess, John Wiese would close or reject my grievances and request forms. This was making me more depress because I didn't know what was going on with my active criminal cases which was open at the time, so I couldn't get ahold of my family to see what was going on with my case, I would also be worry about my son, and my pregnant fiancee, and about my cases. John Wiese would also get smart with me. When I would tell John Wiese I have a open criminal cases, he told what my lawyer name, he want to see if his number was in the "system" and I told him my family get ahold of my attorney for me. John would also tell me he would listen to my phone calls. I also couldn't get in contact with any other attorney to talk to them about me filling a civil case.

Request Form # 18271592, 183271812, 183354662, 183436382, 183965932, 185099462, 185102362

Grievances # 183361392, 183359022, 184192232, 184251982

C.  JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.
    OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $_____.

D.  RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

For my emotional distress that John Wiese caused me, I want to be awarded $1.5 millions. Also I want John and Allen County Jail to pay for any court fees, and attorney fee if I get appointed a attorney for this case. Also I want John to stop blocking inmate #, and tablets. I also want to be reimburse for a tablet I didn't break. My incident with Ahmir Morgan, he broke my tablet when he slammed my mesh bag to ground April 16, 2021. John Wiese charge me $250 for a tablet that another CO broke and I tried to explain it to him but he got smart with me. By me paying the tablet off was the only way to get pictures and to get ahold of my family.

Complaint - 4

E. JURY DEMAND

[✓] Jury Demand – I want a jury to hear my case
         OR

[ ] Court Trial – I want a judge to hear my case

Dated this __4__ day of __April__ 20__23__.

Respectfully Submitted,

_____
Signature of Plaintiff

__289665__
Plaintiff's Prisoner ID Number

__1946 W US 40, Greencastle, IN 46135__
_____
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

F. OPTIONAL CERTIFICATION

Under penalty of perjury, I declare that the facts alleged in this complaint are true and correct to the best of my knowledge and belief.

_____
Signature of Plaintiff

REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE

## FILING FEE

☑ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.